UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge Jack B. Schmetterer | Hearing Date | March 2, 2012 |
| Bankruptcy Case No. | 11 B 07693 | Adversary No. | 11 A 01365 |

**Title of Case**: In re: Patricia Pagan
Pagan v. JP Morgan Chase Bank N.A.

**Brief Statement of Motion**: On Order of Court "Findings of Fact and Conclusions of Law"

**Names and Addresses of moving counsel**: See Attached Service List

**Representing**:

### FINAL JUDGMENT ORDER

IT IS HEREBY ORDERED that statements from the bench will serve as *"Findings of Fact and Conclusions of Law"*, pursuant to which Judgment is hereby entered in favor of the Defendant and against the Plaintiff whereby Plaintiff shall recover no relief by reason of this proceeding.

ENTER:

JACK B. SCHMETTERER, USBJ